**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-00893-REB-PAC

DARREL W. McCALL,

    Plaintiff,

v.

THE REYNOLDS CORPORATION, and
ALBERT D. REYNOLDS,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter comes before the court on an **Order to Show Cause** [#4], entered August 3, 2006, by United States Magistrate Judge Patricia A. Coan. Magistrate Judge Coan directed plaintiff to either file proof of service or show cause in writing why this action should not be dismissed for the failure to effect service within 120 days as required by Fed.R.Civ.P. 4(m). Plaintiff has done neither. Service has not been effected in the time and manner required under Rule 4(m), and plaintiff has failed to show cause why the action should not be dismissed. There has been no action in this case since August 3, 2006. The **Order to Show Cause** should be made absolute. Thus, plaintiff's Complaint [#1], filed May 12, 2006, and this action should be dismissed without prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Order to Show Cause** [#4], entered August 3, 2006, by United

States Magistrate Judge Patricia A. Coan, is **MADE ABSOLUTE**; and

    2.  That this action **IS DISMISSED WITHOUT PREJUDICE**.

Dated September 11, 2006, at Denver, Colorado.

                                        **BY THE COURT:**

                                        **s/ Robert E. Blackburn**
                                        **Robert E. Blackburn**
                                        **United States District Judge**